Samuel B. SMITH, Appellant, v. L. A. AUSTIN, Doing Business as The Austin Hatchery, Appellee.

Samuel B. SMITH, Appellant, v. FONTANA FARMS COMPANY, Appellee.

Nos. 7714, 7715.

Circuit Court of Appeals, Ninth Circuit.

May 3, 1935.

Lyon & Lyon, of Los Angeles, Cal., for appellant.

Raymond Ives Blakeslee, of Los Angeles, Cal., for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel in each of above causes, ordered appeal in each cause dismissed, without prejudice, and without costs to either party; mandates forthwith.

SOUTHERN TRANSPORTATION COMPANY, as Owner of Barge THE BARNEGAT and THE Tug BERMUDA, Libelant-Appellee, v. THE Tug RUSSELL NO. 16, her Engines, etc., and Newtown Creek Towing Company, Claimant-Respondent-Appellant.

No. 338.

Circuit Court of Appeals, Second Circuit.

April 1, 1935.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (A. J. McElhinney, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

SOUTHWEST STATE BANK, Appellant, v. L. G. DESOBRY et al.

No. 9239.

Circuit Court of Appeals, Eighth Circuit.

Nov. 19, 1934.

George B. Logan and William H. Armstrong, both of St. Louis, Mo., and Charles C. Reif and G. H. Braddock, both of Minneapolis, Minn., for appellant.

Lambert E. Walther and Harold F. Hecker, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution, at costs of appellant.